UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN DALE ALFORD                                                                    PLAINTIFF

v.                                  No. 4:21-cv-00317-BRW-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration[1]
                              DEFENDANT

## ORDER

Plaintiff, John Dale Alford, seeks judicial review of the administrative denial of his claim for disability insurance benefits and supplemental security income. *Doc. 1*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 12*. The Motion states that Alford's counsel has no objection to the requested reversal and remand. *Id. at 2*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 12*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted for Andrew Saul as defendant in this action. See Fed. R. Civ. P. 25(d).

and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 16th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE