UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN DALE ALFORD                                                                                    PLAINTIFF

v.                                      No. 4:21-cv-00317-BRW-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, John Dale Alford, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE